Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJAH ANDREWS, ) | Case No.  2:09-CV-01047-MCE-DAD |
| ) | |
| Plaintiff, ) | |
| ) | JOINT STIPULATION AND MOTION |
| vs. ) | TO DISMISS ENTIRE ACTION |
| ) | WITHOUT PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant NCO FINANCIAL SYSTEMS, INC., and Plaintiff RAJAH ANDREWS, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal without prejudice.

Respectfully submitted,

Dated: December 10, 2009        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Sondra R. Levine*
_____
Sondra R. Levine
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: December 10, 2009        KROHN & MOSS, LTD

*/s/ Michael S. Agruss*
_____
Michael S. Agruss
Attorney for Plaintiff Rajah Andrews