UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJAH ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>　　　　　Defendant. | Case No.  2:09-CV-01047-MCE-DAD<br><br>ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE |

　　　　Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed without prejudice.   The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

DATE:   12/23/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1